COM.

v.

RICE, C.

1420 WDA 2016

Superior Court of Pennsylvania.

07/31/2017

CP–61–CR–0000022–2014
CP–61–CR–0000407–2014
(Venango)
Affirmed

BLOOM, R.

v.

BLOOM, R. 255 of 1991, G.D.

1443 WDA 2016

Superior Court of Pennsylvania.

07/31/2017
Reargument Denied 10/11/2017

(Fayette)
Affirmed

IN RE: A.R., Minor Child,

Appeal of: L.T.

180 WDA 2017

Superior Court of Pennsylvania.

07/31/2017

63–OC–2016–0379 (Washington)

Affirmed